# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137390(45)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v                                                                    SC: 137390
                                                                      COA: 277291
                                                                      Wayne CC: 06-100037
ELIZABETH ANN EDENSTROM,
        Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 4, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009                      _____

p0420                                           Clerk